UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARTELL JONES,<br>　　　　　　　　Plaintiff,<br>v.<br>NELSON, *et al.*,<br>　　　　　　　　Defendants.<br>_____/ | Case No. 23-12509<br><br>Susan K. DeClercq<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER FOR PLAINTIFF PROVIDE SERVICE OF PROCESS INFORMATION

On March 19, 2025, the Court stated that Plaintiff would be allowed a brief period during discovery to identify the John Doe Defendant and ascertain whether Defendant Rose took part in the events alleged and if so, to obtain an address for service on Rose. (ECF No. 49). Discovery is now open. The Court will give Plaintiff **until May 30, 2025**, to provide service of process information for John Doe and Rose.

As mentioned in the prior Order, the Court obtained a last known address for Defendant Martell, but service at that address did not succeed. Giving Plaintiff time in discovery to obtain another private address will likely be futile. The prison will not likely uncover another private address for Martell. And Plaintiff acknowledges that he is not entitled to discover a prison employee's private address. Still, the Court will give Plaintiff an opportunity to use the tools of

discovery at his disposal to find an address for Martell. If Plaintiff learns that Defendants have a second private address, they will be directed to provide that address to the Court under seal. Plaintiff must provide an updated address or information showing that Defendants have another address by May 30, 2025.

To meet the May 30th deadline, Plaintiff should move quickly to serve discovery requests. **Any defendant left unidentified and/or without an address will be the subject of a report and recommendation to dismiss the defendant without prejudice under Fed. R. Civ. P. 4(m)**.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).

Date: April 18, 2025         s/Curtis Ivy, Jr.
                             Curtis Ivy, Jr.
                             United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on April 18, 2025.

s/Sara Krause  
Case Manager  
(810) 341-7850
