UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARTELL JONES, | Case No. 23-12509 |
| Plaintiff, | |
| v. | Susan K. DeClercq |
| | United States District Judge |
| NELSON, *et al.*, | |
| Defendants. | Curtis Ivy, Jr. |
| _____/ | United States Magistrate Judge |

**ORDER GRANTING DEFENDANTS' MOTION TO TAKE PLAINTIFF'S DEPOSITION (ECF No. 66)**

Defendants moved for leave to take Plaintiff's deposition under Federal Rule of Civil Procedure 30(a)(2), which requires leave to depose an incarcerated individual. (ECF No. 66). Defendants filed a notice stating that Plaintiff concurred in their motion. (ECF No. 67). The motion is **GRANTED**.

The Michigan Department of Corrections is directed to produce Plaintiff for his deposition. The deposition must take place at a date and time agreed upon by the parties and the correctional facility. The deposition may occur in person, by telephone, or by video teleconference.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).

Date: August 26, 2025          s/Curtis Ivy, Jr.
                                Curtis Ivy, Jr.
                                United States Magistrate Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on August 26, 2025.

                                s/Sara Krause
                                Case Manager
                                (810) 341-7850