UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTELL JONES,

        Plaintiff,          Case No. 2:23-cv-12509

v.          Honorable Susan K. DeClercq
        United States District Judge

HEINDNEN, et al.,

        Honorable Curtis Ivy, Jr.
        Defendants.          United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 65), AND DISMISSING DEFENDANTS DOE AND ROSE**

On August 7, 2025, Magistrate Judge Curtis Ivy, Jr. issued a report, ECF No. 65, recommending that this Court dismiss Defendants John Doe and Sergeant Rose without prejudice under Civil Rule 4(m). Judge Ivy provided 14 days to object, but the Parties did not do so. They have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation, this Court finds no clear error, and so it will be adopted in full.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 65, is **ADOPTED**.

Further, it is **ORDERED** that Defendants John Doe and Sergeant Rose are **DISMISSED WITHOUT PREJUDICE**.

- 2 -

**This is not a final order and does not close the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  October 20, 2025