UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTELL JONES,

        Plaintiff,                              Case No. 2:23-cv-12509

v.                                               Honorable Susan K. DeClercq
                                                    United States District Judge
JODI DEANGELO, et al.,

                                                    Honorable Curtis Ivy, Jr.
        Defendants.                      United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 80)**
**AND DISMISSING DEFENDANT BRENT MARTELL**

On December 19, 2025, Magistrate Judge Curtis Ivy, Jr. issued a report, ECF No. 80, recommending that this Court dismiss Defendant Lieutenant Brent Martell without prejudice from the above captioned case. ECF No. 80.

Judge Ivy provided 14 days to object. *Id.* at PageID.511. But the Parties did not do so. They have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

- 2 -

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 80, is **ADOPTED**.

It is further **ORDERED** that Defendant Brent Martell is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**This is not a final order and does not close the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 23, 2026