UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTELL JONES,

Plaintiff,

v.

HEINONEN, ET AL.,

Defendants.
_______________________________/

Case No. 2:23-cv-12509

Honorable Susan K. DeClercq
United States District Judge

Honorable Curtis Ivy, Jr.
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 88) AND GRANTING SUMMARY JUDGMENT (ECF No. 75)**

On September 8, 2026, Magistrate Judge Curtis Ivy, Jr. recommended granting Defendants' motion for summary judgment, ECF No. 75. ECF No. 88, PageID.586. Judge Ivy informed the Parties of their right to object within 14 days. *Id.* at PageID.586–87. No objections were filed. The Parties have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Having reviewed the report and recommendation, this Court adopts it in full because it finds no clear error. *See Roby v. Bloom Roofing Sys.*, 343 F.R.D. 487, 490 (E.D. Mich. 2023).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 88, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 75, is **GRANTED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 28, 2026